## Town Meeting Party Nomination Papers (No. 2).

Argued Nov. 1, 1917.    Appeal, No. 310, Jan. T., 1917, by John W. Graham, Jr., Robert E. Lamberton, William W. Mentzinger, Jr., and C. Lawrence Smith, from order of C. P. No. 3, Philadelphia Co., sustaining objections to nomination papers In the Matter of the Nomination Papers of the Town Meeting Party Purporting to Place in Nomination John W. Graham, Jr., Robert E. Lamberton, William W. Mentzinger, Jr., and C. Lawrence Smith for the Office of Common Councilmen of the Twenty-second Ward of the City of Philadelphia.    Before BROWN, C. J., MESTREZAT, POTTER, STEWART, MOSCHZISKER and WALLING, JJ.

Objections to nomination papers.    Before CARR, J.

The facts appear in Town Meeting Party Nomination Papers, 259 Pa. 231 (No. 1).

The court sustained the objections to the nomination papers.    John W. Graham, Jr., Robert E. Lamberton, William W. Mentzinger, Jr., and C. Lawrence Smith appealed.

*Errors assigned* were in sustaining the objections and the order of the court.

*Isidore Stern* and *James Gay Gordon,* for appellants.

*Thomas James Meagher,* for appellees.

PER CURIAM, November 1, 1917:

As application was not made to advance the hearing of the above case, it is not now properly before us.    We, therefore, make no order as to it.    It is to be assumed, however, that what we have this day determined in the case of the Forty-sixth Ward will be regarded as controlling.